# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TANGELO IP, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 2:15-cv-00770-JRG |
| V. | § § | **LEAD CASE** |
| L BRANDS, INC., ET AL., | § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |
| TARGET CORPORATION | § § § | Civil Action No. 2:15-cv-00768-JRG |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted between Plaintiff, Tangelo IP, LLC, and Defendant, Target Corporation (Dkt. No. 83), in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED that all claims asserted in this suit between Plaintiff, Tangelo IP, LLC, and Defendant, Target Corporation, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk is ORDERED to terminate Target Corporation in lead case 2:15-cv-770. The Clerk is directed to CLOSE member case 2:15-cv-768. Any and all motions between Plaintiff and Target Corporation in this lead case or member case which are presently unresolved are hereby DENIED as MOOT.

- 2 -

**So ORDERED and SIGNED this 26th day of February, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE